## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Daniel Goodmundson,

                              Plaintiff,

                                                  Court File No.  05-CV-00554 (MJD/SRN)

           vs.

BNSF Railway Company a/k/a "Burlington
Northern Santa Fe Railway Company",                          **ORDER**
Metropolitan Insurance Company, a
corporation, and "Employee Benefits
Committee" An Internal BNSF employee
group,

                              Defendants.


**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ordered that Metropolitan Life

Insurance Company be dismissed without prejudice from this above-entitled action.

JUDGMENT SHALL BE ENTERED ACCORDINGLY.


BY THE COURT:


Dated: September 8, 2006          s / Michael J. Davis
                                  Judge Michael J. Davis
                                  United States District Court Judge


1409175-2