# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Daniel Goodmundson, | Civil Action:  05-554 MJD/SRN |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** |
| BNSF Railway Company, a/k/a Burlington. Northern Santa Fe Railway Company, Metropolitan Insurance Company, a corporation and Employee Benefits Committee, an internal BNSF employee group, | |
| Defendants. | |

---

Pursuant to the Stipulation of Dismissal With Prejudice of Plaintiff's Cause of Action for Intentional Infliction of Emotional Distress, it is hereby ordered that Plaintiff's causes of action against Defendant BNSF Railway Company, and/or any related entity, for intentional infliction of emotional distress is hereby dismissed with prejudice.

JUDGMENT MAY BE ENTERED ACCORDINGLY.

Dated: September 25, 2006              BY THE COURT

                                       s / Michael J. Davis
                                       Judge of U.S. District Court